UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>COYLE,<br><br>              Defendant. | No. 1:24-cv-00958 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 17) |

Plaintiff Fred Feleki Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2025, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim for relief.  (Doc. 17.)  The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days.  (*Id.*)  The Court further advised Plaintiff that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  (*Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).)  No objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes the findings and

1

recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on November 19, 2025, (Doc. 17), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 14, 2025**

UNITED STATES DISTRICT JUDGE